IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NUMBER 1:12-cv-3803-TCB |
| $144,210.77 IN FUNDS SEIZED ) | |
| FROM SUNTRUST ACCOUNT ) | |
| XXXXXX6875, et al., ) | |
| ) | |
| Defendants. ) | |

O R D E R

Before the Court is the Government's motion to stay this forfeiture action [44]. The Government contends that proceeding with civil discovery in this case would compromise a criminal investigation in DeKalb County that is based on the same conduct at issue in this action. Specifically, it argues that discovery in this case would (1) permit Claimants to obtain information and evidence unavailable to them in the criminal case, and (2) burden the case agents in the instant case, who are also conducting the contemporaneous criminal investigation. Further, according to the Government, Claimants' Fifth Amendment rights against self-incrimination

are likely to be burdened if this case is not stayed, and a stay will serve the best interests of the Court and the parties because it will prevent unnecessary, and possibly duplicative, litigation of issues that might be resolved in the criminal action.  Claimants did not file an objection to the Government's motion.

Accordingly, for good cause shown, the Court GRANTS the Government's unopposed motion to stay [44].  This case is stayed until completion of the state criminal case, including any potential appeal.  The Clerk is DIRECTED to administratively close the case.  Within thirty days of resolution of the criminal case, the parties may move to reopen this case.[1]

IT IS SO ORDERED this 24th day of May, 2013.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. Parties need only file a motion to reopen the case before the deadline indicated. In addition, this order will not prejudice the rights of the parties to this litigation in any manner.